## FIRST DEPARTMENT, MAY, 1976

### (May 4, 1976)

■ In the Matter of SAMUEL L. ZEIGEN, Appellant, v LEONARD E. YOSWEIN, as Commissioner of the Department of Rent and Housing Maintenance in the Housing and Development Administration of the City of New York, Respondent, and SLOAN REALTY Co., Intervenor-Respondent.—Judgment, Supreme Court, New York County, entered on May 20, 1975, unanimously affirmed for the reasons stated by Fine, J., at Special Term. Respondents shall recover of appellant one bill of $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■ In the Matter of 4 EAST 77TH ST. Co., Appellant, v DANIEL W. JOY, as Commissioner, Department of Rent and Housing Maintenance, Respondent. —Judgment, Supreme Court, New York County, entered on October 17, 1975, unanimously affirmed for the reasons stated by Fein, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Birns, Capozzoli, Lane and Nunez, JJ.

■ In the Matter of LEON SCHWARTZ, Respondent, v HARRY BRONSTEIN et al., Constituting the Department of Personnel and the Civil Service Commission of the City of New York, et al., Appellants.—Judgment, Supreme Court, New York County, entered on May 30, 1975, which provides for deleting questions from the examination taken for promotion to Captain in the New York City police force, and for recalculation of the petitioner's test score in accordance therewith, unanimously reversed, on the law, without costs and without disbursements, the judgment vacated, and the petition dismissed. The protest to the specific questions deleted was not timely filed. (Barry v Department of Personnel, 49 AD2d 722.) Concur— Stevens, P. J., Markewich, Kupferman, Birns and Capozzoli, JJ.